IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| VICTOR BERGEN, on behalf of<br>JOHN L. BERGEN, deceased, | CV 05-1328-MA |
|       Plaintiff, | ORDER AWARDING ATTORNEY<br>FEES PURSUANT TO EQUAL |
| v. | ACCESS TO JUSTICE<br>ACT (EAJA) |
| JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security, | |
|       Defendant. | |

Based on a review of the file herein, and noting the stipulation of the parties, it is hereby ORDERED that the plaintiff, Victor Bergen, on behalf of John Bergen, deceased, on behalf of his attorney, Karen Stolzberg, is hereby entitled to an award of fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq., in the amount of $5,800.00.

DATED this  16   day of December, 2006.

                                                /s/  Malcolm F. Marsh
                                                Malcolm F. Marsh
                                                United States District Judge

1 - ORDER AWARDING ATTORNEY FEES PURSUANT TO EAJA